UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ENHANCED LOUISIANA CAPITAL, et al | CIVIL ACTION |
| VERSUS | NO: 12-2409 |
| BRENT HOMES | SECTION H (1) |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the parties to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that: (1) ELC's motion to set attorneys' fees and costs (Rec. doc. 27) is GRANTED in PART and DENIED in PART; and (2) ELC is awarded attorneys' fees of $20,408.00 and costs of $1,012.60 for a total of $21,420.60.

New Orleans, Louisiana, this 26th day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE